**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Matthew A. Smith,**

**Plaintiff,**

**v.**

**Kyle Hobbs,**

**Defendant.**

**Case No. 2:26-cv-886**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

**ORDER**

The Magistrate Judge performed an initial screen of Matthew A. Smith's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e). Having done so, the Magistrate Judge recommends that the Court dismiss Plaintiff's Complaint. R&R, ECF No. 7. The Report and Recommendation ("R&R") notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 5. Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** the case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**